**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 05-738-PCT-JAT |
| Plaintiff, | ) | |
| vs. | ) | |
| Jack Gashwarza, | ) | **ORDER** |
| Defendant. | ) | |

A pretrial revocation hearing on the petition on violation of release conditions was held on 03/28/2006.

Good cause appearing and there being no objection,

**IT IS ORDERED** that the Defendant shall be detained pending designation by the Bureau of Prisons to serve out his prison sentence.

**IT IS FURTHER ORDERED** dismissing the Petition to Revoke Pretrial Release without prejudice.

DATED this 30th day of March, 2006.

Lawrence O. Anderson
United States Magistrate Judge